AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lake, Simeon T. | United States District Court | 03/31/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States Courthouse
515 Rusk Avenue, Room 9535
Houston, Texas 77002

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | TRUST #3 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 03/31/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 03/31/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 03/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1-Houston, TX | E | Rent | N | W | | | | | |
| 2. Rental Property #2-Houston, TX | C | Rent | K | W | | | | | |
| 3. Rental Property #3-Houston, TX | C | Rent | K | W | | | | | |
| 4. Rental Property #4-Houston, TX | E | Rent | N | W | | | | | |
| 5. Property-Washington Cnty, TX | A | Rent | N | W | | | | | |
| 6. J.P. Morgan Chase | A | Interest | | | Closed | 12/30/16 | J | | |
| 7. Bank of Texas Account | A | Interest | J | T | | | | | |
| 8. Royalty Interest, Washington Cnty, TX | C | Royalty | K | W | | | | | |
| 9. Merrill Lynch Money Mkt Acct | A | Interest | M | T | | | | | |
| 10. AT&T Inc. Common Stock (IRA) | B | Dividend | K | T | | | | | |
| 11. Novartis ADR (IRA) | C | Dividend | L | T | | | | | |
| 12. IBM Corp. Common Stock (IRA) | C | Dividend | L | T | | | | | |
| 13. General Electric Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 14. Intel Corp. Common Stock (IRA) | A | Dividend | K | T | | | | | |
| 15. Syngenta AG ADR (IRA) | B | Dividend | | | Sold | 08/25/16 | L | D | |
| 16. Nestle Corp. ADR (IRA) | C | Dividend | M | T | | | | | |
| 17. Dr. Reddy's Lab ADR (IRA) | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 03/31/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Johnson & Johnson Inc. Common Stock (IRA) | B | Dividend | L | T | | | | | |
| 19. Procter & Gamble Inc. Common Stock (IRA) | C | Dividend | L | T | | | | | |
| 20. Microsoft Common Stock (IRA) | A | Dividend | K | T | | | | | |
| 21. Glaxo Smith Kline PLC Common Stock (IRA) | B | Dividend | K | T | | | | | |
| 22. McCormick Inc. Non-Voting Common Stock (IRA) | A | Dividend | K | T | | | | | |
| 23. Pfizer Inc. Common Stock (IRA) | B | Dividend | L | T | | | | | |
| 24. Unilever PLC ADR (IRA) | A | Dividend | K | T | | | | | |
| 25. 3M Company Common Stock (IRA) | B | Dividend | K | T | | | | | |
| 26. Exxon Common Stock | F | Dividend | P1 | T | | | | | |
| 27. AT&T Inc. Common Stock | A | Dividend | J | T | | | | | |
| 28. Abbott Labs Common Stock | B | Dividend | L | T | | | | | |
| 29. Abbvie Inc. Common Stock | C | Dividend | M | T | | | | | |
| 30. Fidelity Municipal Money Mkt Account | A | Interest | J | T | | | | | |
| 31. Kraft Heinz Co. (formerly Kraft Foods Group, Inc.) | B | Dividend | M | T | | | | | |
| 32. Texas Water Assistance Board Bond | A | Interest | J | T | | | | | |
| 33. Williamson County Toll Bond | A | Interest | J | T | | | | | |
| 34. Mondelez International, Inc. Common Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 03/31/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cisco Systems Inc. | C | Dividend | L | T | | | | | |
| 36. TRUST #2 | | | | | | | | | |
| 37. --Exxon Corp. Common Stock | G | Dividend | P1 | T | Sold (part) | 05/05/16 | N | E | |
| 38. | | | | | Sold (part) | 05/17/16 | N | E | |
| 39. | | | | | Sold (part) | 11/18/16 | J | D | |
| 40. --Abbott Labs Common Stock | A | Dividend | K | T | | | | | |
| 41. --Abbvie Inc. Common Stock | B | Dividend | K | T | | | | | |
| 42. --General Electric Common Stock | B | Dividend | K | T | Buy (add'l) | 11/18/16 | J | | |
| 43. --Tarrant Co. Tx HFD Bond | A | Interest | J | T | | | | | |
| 44. --PPL Corp. Commom Stock | B | Dividend | L | T | | | | | |
| 45. --Vodaphone PLC ADR | A | Dividend | | | Sold | 06/13/16 | K | A | |
| 46. --Coca Cola Company Common Stock | C | Dividend | L | T | | | | | |
| 47. --Kraft Heinz Co. (formerly Kraft Foods Group, Inc.) Common Stock | B | Dividend | M | T | | | | | |
| 48. --Intel Corp. Common Stock | B | Dividend | K | T | | | | | |
| 49. --Nuveen MuniValve Fund | A | Dividend | K | T | Buy | 11/30/16 | K | | |
| 50. --Johnson & Johnson Common Stock | B | Dividend | L | T | | | | | |
| 51. --Verizon Communications | B | Dividend | K | T | Buy (add'l) | 06/13/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 03/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 10/27/16 | L | A | |
| 53. | | | | | Buy (add'l) | 11/30/16 | K | | |
| 54.   --Caterpillar Inc. | B | Dividend | L | T | Buy | 06/13/16 | K | | |
| 55.   --Proctor & Gamble Co. | C | Dividend | L | T | Buy | 06/13/16 | K | | |
| 56. | | | | | Buy (add'l) | 09/09/16 | J | | |
| 57. | | | | | Buy (add'l) | 11/30/16 | K | | |
| 58.   TRUST #3 | | | | | | | | | |
| 59.   -- Apple Inc. | E | Dividend | O | T | | | | | |
| 60.   -- AT&T Common Stock | D | Dividend | M | T | | | | | |
| 61.   -- Bristol-Meyers Squib Common Stock | C | Dividend | M | T | | | | | |
| 62.   -- Conagra Foods Inc. Common Stock | A | Dividend | K | T | | | | | |
| 63.   -- Emerson Elec. Co. Common Stock | B | Dividend | | | Sold | 06/13/16 | K | A | |
| 64.   -- HP Inc. Common Stock (formerly Hewlett Packard Co.) | A | Dividend | | | Sold | 05/05/16 | J | C | |
| 65.   -- Microsoft Inc. Common Stock | B | Dividend | K | T | | | | | |
| 66.   -- Neogenomics, Inc. Common Stock | | None | L | T | | | | | |
| 67.   -- PPL Corp. | B | Dividend | K | T | | | | | |
| 68.   -- Verizon Communications | A | Dividend | | | Sold | 05/05/16 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 03/31/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Lamb Weston Holdings | A | Dividend | J | T | Spinoff (from line 62) | 11/09/16 | J | | |
| 70. -- Nuveen Municipal Value Fund | B | Dividend | K | T | | | | | |
| 71. -- XCEL Energy Inc. Common Stock | B | Dividend | K | T | | | | | |
| 72. -- Invesco Advantage Municipal Income Trust II | B | Dividend | K | T | | | | | |
| 73. -- Invesco High Yield Municipal Fund C | C | Dividend | M | T | | | | | |
| 74. -- Invesco Municipal Opportunity Trust | A | Dividend | J | T | | | | | |
| 75. -- Nuveen Tax Free Advantage Municipal Fund | C | Dividend | K | T | | | | | |
| 76. -- Putnam Tax Free High Yield Fund Class A | D | Dividend | M | T | | | | | |
| 77. --Wells Fargo Advantage Municipal Bond Fund Class A | A | Dividend | J | T | | | | | |
| 78. --ML Bank Deposit program | A | Interest | J | T | | | | | |
| 79. Bluebird Bio Inc. Common Stock | | None | K | T | | | | | |
| 80. Celgene Corp. | | None | K | T | | | | | |
| 81. Sangamo-Biosciences, Inc. | | None | J | T | | | | | |
| 82. Chipotle Mexican Grill (CMG) Common Stock | | None | K | T | | | | | |
| 83. Gilead Sciences Common Stock | A | Dividend | K | T | | | | | |
| 84. Krane Shares TR CSI China Internet ETF | A | Dividend | J | T | | | | | |
| 85. Biogen Idec B11B Common Stock | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 03/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Apple Inc. Common Stock | B | Dividend | L | T | | | | | |
| 87. Verizon Communications | B | Dividend | L | T | | | | | |
| 88. Alibaba Group Holding Ltd. | | None | K | T | | | | | |
| 89. First Trust NYSE Arca Biotech | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 03/31/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Simeon T. Lake**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544